1

2

3                                                        O

4                                    JS - 6

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  VAHE MARGARYAN,                ) Case No. CV 11-08715 DDP (MANx)
                                   )
12            Plaintiff,           )
                                   ) **ORDER GRANTING DEFENDANT'S MOTION**
13       v.                        ) **TO DISMISS**
                                   )
14  TRANS UNION LLC,               )
                                   ) [Docket No. 11]
15            Defendant.           )
    _____)
16

17       Presently before the court is Defendant's Motion to Dismiss

18  Case.  (Dkt. No. 11).  Because Plaintiff has not filed an

19  opposition, the court GRANTS the motion.

20       Central District of California Local Rule 7-9 requires an

21  opposing party to file an opposition to any motion at least twenty-

22  one (21) days prior to the date designated for hearing the motion.

23  C.D. CAL. L.R. 7-9.  Additionally, Local Rule 7-12 provides that

24  "[t]he failure to file any required paper, or the failure to file

25  it within the deadline, may be deemed consent to the granting or

26  denial of the motion."  C.D. CAL. L.R. 7-12.

27       The hearing on Defendant's motion was set for December 23,

28  2011.  Plaintiff's opposition was therefore due by December 2,

1  2011.  As of the date of this Order, Plaintiff has not filed an

2  opposition, or any other filing that could be construed as a

3  request for a continuance.  Accordingly, the court deems

4  Plaintiff's failure to oppose as consent to granting the motion to

5  dismiss, and GRANTS the motion.

6

7  IT IS SO ORDERED.

8

9

10  Dated: December 22, 2011

DEAN D. PREGERSON
11                                          United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2